

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

| | |
|---|---|
| 1 | DAYLE ELIESON<br>United States Attorney |
| 2 | District of Nevada |
| 3 | KILBY MACFADDEN<br>Assistant United States Attorney |
| 4 | 501 Las Vegas Boulevard So., Suite 1100<br>Las Vegas, Nevada 89101 |
| 5 | Phone: (702) 388-6336<br>Fax: (702) 388-5087 |
| 6 | kilby.macfadden@usdoj.gov |

FILED
2018 MAY 14 AM 9:00
U.S. MAGISTRATE JUDGE
BY_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| IN RE: SEALED WARRANT AFFIDAVITS FOR THE SEARCH OF IN THE MATTER OF THE SEARCH OF:<br><br>PROPERTY KNOWN AS DR. STEVEN A. HOLPER, MD, P.C., A.K.A. HOLPER OUTPATIENT MEDICAL CENTER, LOCATED AT 3233 W. CHARLESTON BLVD., SUITE #202, LAS VEGAS, NV 89102; | CASE No. 2:18-mj-192-GWF<br><br>**MOTION TO UNSEAL** |
| IN THE MATTER OF THE SEARCH OF:<br><br>PROPERTY OF 9155 TAMARUS STREET, LAS VEGAS, NV 89123; | CASE No. 2:18-mj-193-GWF<br><br>**MOTION TO UNSEAL** |
| IN THE MATTER OF THE SEARCH OF:<br><br>MOTOR VEHICLE 2000 SILVER MERCEDES ROADSTER BEARING NEVADA REGISTRATION 502-XMC; VIN # WDBFA68F6YF189375; | CASE No. 2:18-mj-194-GWF<br><br>**MOTION TO UNSEAL** |

|     | |
| --- | --- |
| 1   | The United States of America by and through DAYLE ELIESON, United |
| 2   | States Attorney, and KILBY MACFADDEN, Assistant United States Attorney, and |
| 3   | respectfully moves this Court to unseal the following cases: |
| 4   | 2:18-mj-192-GWF |
| 5   | 2:18-mj-193-GWF<br>2:18-mj-194-GWF |
| 6   | |
| 7   | The United States has determined there is no longer a need to keep the cases sealed |
| 8   | and therefore respectfully requests that the Court unseal them. The United States |
| 9   | has included a proposed order that follows this motion. |
| 10  | Dated this 10th day of May, 2018. |

Respectfully submitted,

DAYLE ELIESON
United States Attorney

*/s/ Kilby MacFadden*

KILBY MACFADDEN
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| IN RE: SEALED WARRANT AFFIDAVITS FOR THE SEARCH OF IN THE MATTER OF THE SEARCH OF:<br><br>PROPERTY KNOWN AS DR. STEVEN A. HOLPER, MD, P.C., A.K.A. HOLPER OUTPATIENT MEDICAL CENTER, LOCATED AT 3233 W. CHARLESTON BLVD., SUITE #202, LAS VEGAS, NV 89102; | CASE No. 2:18-mj-192-GWF<br><br>**ORDER TO UNSEAL** |
| IN THE MATTER OF THE SEARCH OF:<br><br>PROPERTY OF 9155 TAMARUS STREET, LAS VEGAS, NV 89123; | CASE No. 2:18-mj-193-GWF<br><br>**ORDER TO UNSEAL** |
| IN THE MATTER OF THE SEARCH OF:<br><br>MOTOR VEHICLE 2000 SILVER MERCEDES ROADSTER BEARING NEVADA REGISTRATION 502-XMC; VIN # WDBFA68F6YF189375; | CASE No. 2:18-mj-194-GWF<br><br>**ORDER TO UNSEAL** |

# ORDER

Based on the Government's *Motion to Unseal*, and good cause appearing therefore, the Court hereby grants the motion to unseal. The Clerk of Court is directed to unseal the following cases:

2:18-mj-192-GWF
2:18-mj-193-GWF
2:18-mj-194-GWF

The case are ordered unsealed.

DATED 14th day of May 2018.

_____
UNITED STATES MAGISTRATE JUDGE